## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVSION

-----------------------------------------------------------------------x

Tashawner Nobles, individually and on behalf of all
others similarly situated;

                                     Plaintiff,

Civil Action No:
6:20-cv-367

-v.-

Affiliate Asset Solutions, LLC, Pendrick Capital Partners
II, LLC and John Does 1-25.

                                     Defendant.

-----------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

       Please take notice that the parties have settled the above-referenced case.  This settlement

is contingent upon the execution of a written settlement agreement.  The case will be dismissed

by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of

this notice.  Please vacate all currently scheduled dates in this matter.

DATED, this 10th day of June, 2020

                                    */s/Justin Zeig*
                                    Justin Zeig, Esq.
                                    **Zeig Law Firm, LLP**
                                    3475 Sheridan Street, Suite 310
                                    Hollywood, FL 33021
                                    Ph: 754-217-3084
                                    justin@zeiglawfirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 10, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*/s/ Justin Zeig*</u>
Justin Zeig, Esq.

2