UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TASHAWNER NOBLES,**

      **Plaintiff,**

v.                                                                      Case No:  6:20-cv-367-Orl-41DCI

**AFFILIATE ASSET SOLUTIONS, LLC,**
**PENDRICK CAPITAL PARTNERS II,**
**LLC and JOHN DOES 1-25,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 28), wherein the parties have advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record